JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE OF THE STATE OF CALIFORNIA,<br><br>          Plaintiff,<br><br>     v.<br><br>ALFRED MCZEAL, JR,<br><br>          Defendant. | Case No. 8:24-cv-00089-JWH-JDE<br><br>**ORDER REMANDING CASE TO ORANGE COUNTY SUPERIOR COURT PURSUANT TO 28 U.S.C. § 1455(b)(4)** |

On December 13, 2023, the People of the State of California filed in Orange County Superior Court and served upon Defendant Alfred McZeal, Jr., a criminal misdemeanor complaint for violating Tustin City Code § 5502(m)(3); McZeal's arraignment was set for January 17, 2024.[1] On January 16, 2024—one day before he was scheduled to be arraigned—McZeal removed this action to this Court, asserting federal question jurisdiction.[2]

Pursuant to federal removal statutes, the removal of criminal matters is permitted only for cases against federal officers or agencies or members of the armed forces as defendants. *See* 28 U.S.C. §§ 1442 & 1442a. When a criminal case has been removed to federal court, the federal district court must remand the action if removal was not proper. *See* 28 U.S.C. § 1455(b)(4).

Here, McZeal does not allege that he is, or was at the time of removal, a federal officer or member of the armed forces. Therefore, his removal of this case to this Court was not proper, *see* 28 U.S.C. §§ 1442 & 1442a, and this Court must remand the action, *see* 28 U.S.C. § 1455(b)(4).

For the foregoing reasons, the Court hereby **ORDERS** that this action is **REMANDED** to Orange County Superior Court.

**IT IS SO ORDERED.**

Dated: April 8, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[1] *See* Notice of Removal [ECF No. 1] 10-11; *cf. People* ex rel. *Gallo v. Acuna*, 14 Cal. 4th 1090, 1108-09 (1997) ("Acts or conduct which qualify as public nuisances are enjoinable as civil wrongs or prosecutable as criminal misdemeanors . . . .").

[2] *See generally id.*